**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 14-8046-JFW (FFMx)**                                  Date:  July 20, 2015

Title:     Samuel Gardner Eldredge -v- Wale Olumuyiwa Olukanmi, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING DEFENDANTS SUSAN MORRIS AND PAULETTE FINANDER'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**
**[filed 3/10/2015; Docket No. 25]**

    On March 10, 2015, Defendants Susan Morris and Paulette Finander filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Motion to Dismiss"). Plaintiff Samuel Gardner Eldredge ("Plaintiff") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for July 27, 2015 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    Pursuant to Magistrate Judge Mumm's Order filed on May 6, 2015 [Docket No. 36], Plaintiff was required to file his Opposition to the Motion to Dismiss on or before June 14, 2015.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  See Local Rule 7-12.  As of July 19, 2015, Plaintiff has not filed an Opposition to the Motion to Dismiss.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of the Motion to Dismiss.

    Accordingly, Defendants Susan Morris and Paulette Finander's Motion to Dismiss is **GRANTED**.  Plaintiff's claims against Defendants Susan Morris and Paulette Finander are **DISMISSED without prejudice** for failure to exhaust administrative remedies.

    IT IS SO ORDERED.